IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00107-LTB-PAC

MORGAN STANLEY DW INC., t/a
MORGAN STANLEY, a Delaware corporation,
    Plaintiff,

v.

DEBRA K. SHAW, an individual,
    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (filed June 30, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED: July 1, 2005